UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                               CHAPTER 13
MICHAEL P. MOBLEY
HEATHER M. MOBLEY                             CASE NO. 12-84120

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     PNC Bank NA                           **Court claim #: 5**

**Last four digits** of any number used to identify the debtor's account: 4783

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $374.18 (Per Creditor's Proof of Claim) |
| Amount Paid by Trustee | $374.18 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐ Thru the Chapter 13 Plan | ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   12/12/17                             /s/Lydia S. Meyer
                                                           Lydia S. Meyer, Trustee
                                                           308 W. State St., Suite 212
                                                           Rockford, IL  61101

Certificate of Service

     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 12th Day of December, 2017.

Dated:   12/12/17                             /s/Cynthia K. Burnard

PNC BANK NA
BANKRUPTCY DEPARTMENT
3232 NEWMARK DRIVE
MIAMISBURG, OH 45342

MICHAEL P. MOBLEY
HEATHER M. MOBLEY
817 N. MAIN STREET
BELVIDERE, IL  61008

LAW OFFICE OF HENRY REPAY
930 W. LOCUST STREET
BELVIDERE, IL  61008-4226